The Honorable Samuel J. Steiner
Chapter 7
Hearing Date: June 24 2010 at 10:30 am
Hearing Location: US Courthouse, Seattle, WA
**Response Due Date: June 17, 2010**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

GARY KENDALL and GAYLE KENDALL,

    Debtor(s).

Bankruptcy No. 08-13480 SJS

Chapter 7

ORDER GRANTING DEBTORS' MOTION TO AVOID LIENS UNDER 11 U.S.C. § 522(f)

    THIS MATTER came before this Court upon Debtor's Motion to Avoid Liens under §522(F), it appearing that all interested parties have received notice and that no objections to the motion were filed now therefore, it is hereby

    ORDERED that the Debtor's Motion to Avoid Liens under §522(F) is hereby granted and the following Judgments are Avoided of the Debtor's Residence, 819 Hazel Avenue North, Kent, WA 98031, are avoided and cancelled:

    a) Judgment:

| | |
|---|---|
| For: | $42,661.57, plus interest and/or costs |
| In favor of: | Lewis Design Group, Inc. |
| Against: | Gary Kendall, Gayle Kendall and Kendall Company |
| Court: | King County Superior Court |
| Case No: | 07-2-04106-1 |
| Judgment No. | 07-9-08533-1 |
| Dated: | March 13, 2007 |
| Recorded: | July 5, 2007 |
| Recording Number: | 20070705000401 |
| Attorney: | William George Suttell |

    b) Judgment:

ORDER GRANTING DEBTORS' MOTION TO AVOID
LIENS UNDER 11 U.S.C. § 522(F) - 1
(000032)

SEATTLE DEBT LAW, LLC
705 2ND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115

Case 08-13480-SJS    Doc 117    Filed 06/18/10    Entered 06/18/10 11:03:19    Page 1 of 2

|  | For: | $43,367.23, plus interest and/or costs |
|---|---|---|
|  | In favor of: | Lewis Design Group, Inc. |
|  | Against: | Gary Kendall, Gayle Kendall |
|  | Court: | King County Superior Court |
|  | Case No: | 07-2-04106-1 |
|  | Judgment No. | 07-9-19136-1 |
|  | Dated: | June 26, 2007 |
|  | Attorney: | William George Suttell |

c) Judgment:

|  | For: | $1,973.77, plus interest and/or costs |
|---|---|---|
|  | In favor of: | Asset Acceptance |
|  | Against: | Gayle Kendall |
|  | Court: | King County Superior Court |
|  | Case No: | 07-2-21348-1 |
|  | Judgment No. | 07-9-27421-4 |
|  | Dated: | September 6, 2007 |
|  | Attorney: | William George Suttell |
|  | Recorded: | September 21, 2007 |
|  | Recording Number: | 20070921002582 |
|  | Attorney: | Nicole M. Brodie |

DATED this ___ day of June, 2010.

*[signature]*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

/ /

Presented by:

SEATTLE DEBT LAW, LLC

*/s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Debtors

ORDER GRANTING DEBTORS' MOTION TO AVOID
LIENS UNDER 11 U.S.C. § 522(F) - 2
(000032)

**SEATTLE DEBT LAW, LLC**
705 2ND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115